UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nathaniel Williams
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

State of New York,
NYCPD - New York City Police Department
PCT. 079, Arresting Officer I.D. 925774,
PCT. 079 Arresting Officer I.D. 930356

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

# 16 CV 2192

### I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Nathaniel Williams
ID #   15-A-0214
Current Institution   Franklin Correctional Facility
Address   62 Bare Hill Road, P.O. Box 10
Malone, NY 12953

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name  John Doe #1     Shield # 925774
                       Where Currently Employed  NYCPD, PCT 079
                       Address

Defendant No. 2     Name  John Doe #2     Shield # 930356
                       Where Currently Employed  NYCPD, PCT 079
                       Address

Defendant No. 3     Name     Shield #
                       Where Currently Employed
                       Address

Defendant No. 4     Name     Shield #
                       Where Currently Employed
                       Address

Defendant No. 5     Name     Shield #
                       Where Currently Employed
                       Address

**II.     Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     In what institution did the events giving rise to your claim(s) occur? In the district of the 079 precient in Kings County, New York City

B.     Where in the institution did the events giving rise to your claim(s) occur? On Lexington Avenue in betweens Marcy Avenue and Tompkins Avenue in Kings County.

C.     What date and approximate time did the events giving rise to your claim(s) occur? On December 4, 2012 at approximately 7:10 pm (19:10:00)

*Rev. 05/2010*                  4

D. Facts:

**What happened to you?** On December 4, 2012 an unidentified individual pointed a gun at me on Lexington Avenue. At that time, I started running is a down is _____ Lexington Avenue towards Marcy Avenue, an unidentified vehicle rammed into me, throwing me into the wall of the housing complex.

**Who did what?** John Doe #1, which turned out to be an undercover police officer, drove the unmarked police vehicle into me and when I got up and ran John Doe #2, tackled me on Marcy Avenue and assaulted me in the face and body.

**Was anyone else involved?** Other police officer arrived on the scene to assist in the false arrest.

**Who else saw what happened?** No civilians witnesses came forward.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I received several injuries to my face, body and left leg. To date, I have a permanate scar on right upper cheek and knee area of left leg. My knee continuously gets swollen and I now walk with a limp.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: This action

is involving a false arrest and beating at the hand of New York City Police Officers.)

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Due to this false arrest, I was charged with several crimes that I had to stand trial for and was vindicated of.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would respectfully request a jury trial to determine this life changing event and my monetary compensation of $10,000,000 due to my depression and mental anguish that cause my re-incarceration because of the fear I now live with every day that has to be addressed with mental health evaluation and perscribed medication of Remron the anti-depressant

Also, I wish each defendant to pay $5,000,000 in punitive damages for their official and individual capacity.

**VI.  Previous lawsuits:**

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
    _____

3.  Docket or Index number _____
4.  Name of Judge assigned to your case _____
5.  Approximate date of filing lawsuit _____
6.  Is the case still pending?  Yes _____  No _____
    If NO, give the approximate date of disposition _____
7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
    _____
    _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes _____   No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
    _____

3.  Docket or Index number _____
4.  Name of Judge assigned to your case _____
5.  Approximate date of filing lawsuit _____
6.  Is the case still pending?  Yes _____  No _____
    If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of March, 2016

Signature of Plaintiff  *Nathaniel Williams*
Inmate Number  15A0214
Institution Address  Franklin Correctional Facility
62 Bare Hill Road, P.O. Box 10
Malone, NY 12953

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 15 day of March, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  *Nathaniel Williams*

